|   |   |
|---|---|
| | THE HONORABLE Timothy W. Dore |
| | **CHAPTER 13** |
| | **HEARING DATE: September 18, 2019** |
| | **HEARING TIME: 9:30 a.m.** |
| | **LOCATION: Seattle, WA** |
| | **RESPONSE DUE: September 11, 2019** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:  ) Case No.  19-11983 TWD Ch. 13
    Cori Lee M. Perry  )
  )  NOTICE OF HEARING AND MOTION
  )  TO AMEND/MODIFY CHAPTER 13
  )  PLAN
Debtor(s)  )

TO: Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that a Motion to Amend Chapter 13 Plan IS SET FOR HEARING as follows:

| **DATE OF HEARING** | **September 18, 2019** |
|---|---|
| **TIME** | **9:30 am** |
| **JUDGE** | **Hon. Timothy W. Dore** |
| **LOCATION** | **US Courthouse** <br> **Courtroom 8106** <br> **700 Stewart St. 8th Floor** <br> **Seattle, Washington 98101** |
| **RESPONSE DUE** | **September 11, 2019** |

    IF YOU OPPOSE the motion you must file your written response with the court clerk, and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE.

    IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

## MOTION

    **COMES NOW** the Debtor, by and through their attorney of record, and moves the Court for an order modifying Debtor's Chapter 13 Plan.

<u>Case Information</u>:  No plan has been confirmed

<u>Reason For Amendment</u>:

1. Removes Soos Creek claim from Section IV. C.1.;
2. Reduces monthly payment on Ocwen mortgage arrears claim to $0 in Section IV.C.1;
3. Increases monthly cure payment to Candlewood HOA to $100 per month in Section IV.C.1;
4. Adds secured claim of IRS to Section IV.C.b;

<u>How Creditors Will Be Affected</u>:  Plan proposes payment of to $0 to allowed, unsecured non-priority claims.

WHEREFORE, Debtor moves this Court for an Order Amending Debtor's Chapter 13 Plan.

DATED: August 16, 2019

Respectfully submitted:

/s/ Mark A. Ditton #45432
Mark A. Ditton, WSBA#45432
Attorney for Debtor(s)
14900 Interurban Ave. S. #265
Seattle, WA 98168
206-674-4602
mark@nwrelief.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Motion to Amend/Modify Chapter 13 Plan was served upon all Creditors and interested parties per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

<u>Served electronically:</u>

Office of the U.S. Trustee;
Jason Wilson-Aguilar; case trustee

Lesley D Bohleber on behalf of Interested Party Courtesy NEF
ecfwawb@aldridgepite.com, llueke@ecf.inforuptcy.com

Brian J Hanis on behalf of Attorney Candlewood Ridge HOA
bhanis@hiplawfirm.com

Dated this 16th Day of August, 2019.

                                          /s/Mark Ditton
                                          Mark Ditton WSB#45432
                                          14900 Interurban Ave. S. #265
                                          Seattle, WA 98168
                                          206-674-4602 (office)
                                          866-241-4176 (fax)

NOTICE OF HEARING AND MOTION TO APPROVE DEBTOR'S AMENDED CHAPTER 13 PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 19-11983-TWD<br>Western District of Washington<br>Seattle<br>Fri Aug 16 13:55:32 PDT 2019 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Lesley D Bohleber<br>Aldridge Pite LLP<br>4375 Jutland Dr<br>San Diego, CA 92117-3600 |
| Bristol West Insurance<br>PO Box 31029<br>Independence, OH 44131-0029 | CC Holdings<br>445 N. Pennsylvania St. Ste. 5<br>Indianapolis, IN 46204-1893 | CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Candlewood Ridge HOA<br>Hanis Irvine Prothero, PLLC<br>c/o Brian Hanis<br>6703 South 234th St., Suite 300<br>Kent, WA 98032-2903 | Candlewood Ridge HOA<br>PO Box 58397<br>Renton, WA 98058-1397 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cedar River Water & Sewer District<br>18421 SE Petrovitsky Road<br>Renton, WA 98058-0552 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comcast<br>Bankruptcy Notices<br>PO Box 34744<br>Seattle, WA 98124-1744 |
| Continental Finance Co<br>Po Box 8099<br>Newark, DE 19714-8099 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Mark Ditton<br>Northwest Debt Relief Law Firm<br>14900 Interurban Ave. S. Suite 265<br>Seattle, WA 98168-4618 |
| FST Premier<br>3820 N. Louise Ave<br>Sioux Falls, SD 57107-0145 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395-1250 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Genesis Bc/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Brian J Hanis<br>Hanis Irvine Prothero PLLC<br>6703 South 234th St Ste 300<br>Kent, WA 98032-2903 | IRS<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Intergrity Law Group<br>2033 6th Ave. Ste. 920<br>Seattle, WA 98121-2526 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 |
| Kernique<br>PO Box 1366<br>Hoboken, NJ 07030-1366 | Kohls/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 112699<br>Greenville, SC 29603 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MABTC/Tidewater Credit Services<br>Attn: Bankruptcy<br>Po Box 13306<br>Chesapeake, VA 23325-0306 |

| | | |
|---|---|---|
| MATB/TFC<br>PO Box 11743<br>Wilmington, DE 19850-1743 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>216 West Second St<br>Dixon, MO 65459-8048 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Ocwen Loan Servicing LLC<br>12650 Ingenuity Dr.<br>Orlando, FL 32826-2703 | Cori Lee M Perry<br>17918 158th Pl. SE<br>Renton, WA 98058-9125 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Puget Sound Energy<br>PO Box 91269<br>Bellevue, WA 98009-9269 |
| Puget Sound Energy<br>Vendor Collections Department -BOT-02G<br>PO Box 97034<br>Bellevue, WA 98009-9734 | Resurgent Capital Services as agent for Via<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Soos Creek Water & Sewer Distr<br>14616 SE 192nd St.<br>Renton, WA 98058-9420 |
| State Farm Insurance<br>PO Box 5000<br>Dupont, WA 98327-5000 | Synchrony Bank/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | U.S. Bank National Association<br>c/o PHH Mortgage Corporation<br>1 Mortgage Way, Mail Stop SV-22<br>Mt. Laurel, NJ 08054-4637 | U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul, MN 55116-0408 |
| US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | USAA Federal Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX 78288-1600 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Waste Managment<br>2625 W. Grandview Rd.<br>Phoenix, AZ 85023-3109 | Webbank/Gettington<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Western Progressive<br>3600 15th Avenue West, Ste. 20<br>Office C<br>Seattle, WA 98119-1330 |
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | (d)Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 8099<br>Newark, DE 19714 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tidewater Finance Company<br>P.O. Box 13306<br>Chesapeake, VA 23325 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients     2<br>Total                  56 |